1    DANIEL J. BRODERICK, #89424
     Federal Defender
2    JEFFREY L. STANIELS, Bar #91413
     Assistant Federal Defender
3    Designated Counsel for Service
     801 I Street, 3rd Floor
4    Sacramento, California 95814
     Telephone: (916) 498-5700

5

6

7    Attorney for Defendant
     ALEJANDRO GARCIA

8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13   UNITED STATES OF AMERICA,     )  No. 2:09-cr-0295 WBS
                                    )
14                Plaintiff,        )
                                    )
15        v.                        )  STIPULATION AND [~~PROPOSED~~] ORDER
                                    )  VACATING DATE, CONTINUING CASE
16   ALEJANDRO GARCIA,              )  AND EXCLUDING TIME
                                    )
17                Defendant.        )  Date:  August 3, 2009
                                    )  Time:  8:30 a.m.
18   _____    )  Judge: Hon. William B. Shubb

19

20        **IT IS HEREBY STIPULATED** by and between Assistant United States

21   Attorney Todd Leras, Counsel for Plaintiff, and Assistant Federal

22   Defender Jeffrey L. Staniels, Counsel for Defendant, that the status

23   conference scheduled for August 3, 2009, be vacated and the case

24   continued until August 17, 2009, at 8:30 a.m. for further status

25   conference. This continuance is sought to permit counsel to gather

26   additional information and to further consult with Mr. Garcia about a

27   proposed resolution of the case.

28        **IT IS FURTHER STIPULATED** that time for trial under the Speedy

1    Trial Act be excluded from the filing of this stipulation until August

2    17, 2009, pursuant to 18 U.S.C. § 1361(h)(7)(A) & (B)(iv), Local Code

3    T-4, defense preparation.

4         **IT IS SO STIPULATED.**

5

6    Dated: July 31, 2009              /S/ Todd Leras
                                       TODD LERAS
7                                      Assistant U.S. Attorney
                                       Counsel for Plaintiff
8

9    Dated: July 31, 2009              /S/ Jeffrey L. Staniels
                                       JEFFREY L. STANIELS
10                                     Assistant Federal Defender
                                       Attorney for Defendant
11                                     ALEJANDRO GARCIA

12

13                              **O R D E R**

14

15        **IT IS SO ORDERED.**

                    By the Court,
16

17

18   Dated: July 31, 2009

19                        _____

20                        WILLIAM B. SHUBB
                          UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28