1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6

7  Attorney for Defendant
   ALEJANDRO GARCIA

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,        )  No. 2:09-cr-0295 WBS
                                    )
14              Plaintiff,          )
                                    )  STIPULATION AND [~~PROPOSED~~] ORDER
15      v.                          )  CONTINUING CASE AND EXCLUDING
                                    )  TIME
16 ALEJANDRO GARCIA,                )
                                    )
17              Defendant.          )  Date:  August 17, 2009
                                    )  Time:  8:30 a.m.
18 _____ )  Judge: Hon. William B. Shubb

19

20        **IT IS HEREBY STIPULATED** by and between Assistant United States

21 Attorney Todd Leras, Counsel for Plaintiff, and Assistant Federal

22 Defender Jeffrey L. Staniels, Counsel for Defendant, that the status

23 conference scheduled for August 17, 2009, be vacated and the case

24 continued until September 28, 2009, at 8:30 a.m. for further status

25 conference. This continuance is sought in light of both counsel's

26 current work schedules, and to permit detailed consultation between

27 counsel regarding potential resolution as well as permit further

28 defense preparation.

1    **IT IS FURTHER STIPULATED** that time for trial under the Speedy

2  Trial Act be excluded from the filing of this stipulation until

3  September 28, 2009, pursuant to 18 U.S.C. § 1361(h)(7)(A) & (B)(iv),

4  Local Code T-4, continuity of counsel and defense preparation.

5    **IT IS SO STIPULATED.**

6

7  Dated: August 12, 2009                     /S/ Todd Leras
                                             TODD LERAS
8                                            Assistant U.S. Attorney
                                             Counsel for Plaintiff
9

10  Dated: August 12, 2009                    /S/ Jeffrey L. Staniels
                                             JEFFREY L. STANIELS
11                                           Assistant Federal Defender
                                             Attorney for Defendant
12                                           ALEJANDRO GARCIA

13

14
                                **O R D E R**
15
    **IT IS SO ORDERED.**
16
                        By the Court,
17

18
  Dated:  August 12, 2009
19

20  _____
    WILLIAM B. SHUBB
21  UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28