```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6
    Attorney for Defendant
 7  ALEJANDRO GARCIA

 8

 9                  IN THE UNITED STATES DISTRICT COURT

10                 FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,       )  No. 2:09-cr-0295 WBS
                                    )
14                Plaintiff,        )
                                    )  STIPULATION AND [PROPOSED] ORDER
15        v.                        )  VACATING DATE, CONTINUING CASE
                                    )  AND EXCLUDING TIME
16  ALEJANDRO GARCIA,               )
                                    )
17                Defendant.        )  Date:  September 28, 2009
                                    )  Time:  8:30 a.m.
18  _____ )  Judge: Hon. William B. Shubb

19
```

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Todd Leras, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant, that the status conference scheduled for September 28, 2009, be vacated and the case continued until November 16, 2009, at 8:30 a.m. for further status conference. This continuance is sought to permit counsel to review recently received electronic discovery (38 cds/dvds) and to further consult with Mr. Garcia about how to proceed. The November date also accounts for Mr. Staniels' anticipated unavailability to work on most

cases between November 6, due to a short trip to Philadelphia and a trial set to commence October 27, 2009, before the Hon. Lawrence K. Karlton.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded from the filing of this stipulation until November 16, 2009, pursuant to 18 U.S.C. § 1361(h)(7)(A) & (B)(iv), for defense preparation.

**IT IS SO STIPULATED.**

Dated: September 23, 2009        /S/ Todd Leras
                                 TODD LERAS
                                 Assistant U.S. Attorney
                                 Counsel for Plaintiff

Dated: September 23, 2009        /S/ Jeffrey L. Staniels
                                 JEFFREY L. STANIELS
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 ALEJANDRO GARCIA


**O R D E R**

**IT IS SO ORDERED.**

　　　　　　By the Court,

Dated:   September 24, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE