1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

5

6
   Attorney for Defendant
7  ALEJANDRO GARCIA

8

9            IN THE UNITED STATES DISTRICT COURT

10          FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,      ) No. 2:09-cr-0295 WBS
                                  )
14               Plaintiff,       )
                                  ) STIPULATION AND [PROPOSED] ORDER
15      v.                        ) VACATING DATE, CONTINUING CASE
                                  ) AND EXCLUDING TIME
16 ALEJANDRO GARCIA,              )
                                  )
17               Defendant.       ) Date:  November 16, 2009
                                  ) Time:  8:30 a.m.
18 _____) Judge: Hon. William B. Shubb

19

20      **IT IS HEREBY STIPULATED** by and between Assistant United States

21 Attorney Todd Leras, Counsel for Plaintiff, and Assistant Federal

22 Defender Jeffrey L. Staniels, Counsel for Defendant, that the status

23 conference scheduled for November 16, 2009, be vacated and the case

24 continued until January 11, 2010, at 8:30 a.m. for further status

25 conference. This continuance is sought to permit counsel to review

26 further recently received electronic discovery and to further consult

27 with Mr. Garcia about how to proceed.

28      **IT IS FURTHER STIPULATED** that time for trial under the Speedy

Trial Act be excluded from the filing of this stipulation until January 11, 2010, pursuant to 18 U.S.C. § 1361(h)(7)(A) & (B)(iv), for defense preparation.

**IT IS SO STIPULATED.**


Dated: November 13, 2009          /S/ Todd Leras
                                 TODD LERAS
                                 Assistant U.S. Attorney
                                 Counsel for Plaintiff


Dated: November 13, 2009          /S/ Jeffrey L. Staniels
                                 JEFFREY L. STANIELS
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 ALEJANDRO GARCIA



**O R D E R**

**IT IS SO ORDERED.**

            By the Court,


Dated:  November 13, 2009

                     WILLIAM B. SHUBB
                     UNITED STATES DISTRICT JUDGE