```
DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
ALEJANDRO GARCIA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:09-cr-0295 WBS |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND [PROPOSED] ORDER VACATING DATE, CONTINUING CASE AND EXCLUDING TIME |
| ALEJANDRO GARCIA, | ) |
| Defendant. | ) Date: March 8, 2010 |
| | ) Time: 8:30 a.m. |
| _____ | ) Judge: Hon. William B. Shubb |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Todd Leras, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant, that the status conference scheduled for March 8, 2010, be vacated and the case continued until April 19, 2010, at 8:30 a.m. for further status conference. This continuance is sought to permit counsel for the parties to prepare and review a proposed plea agreement. preparation of which has been slowed by counsel's schedules and by certain complicating aspects of the case.  Once a proposal is received further consultation with Mr. Garcia about this case will be needed.

1    **IT IS FURTHER STIPULATED** that time for trial under the Speedy
2 Trial Act be excluded from the filing of this stipulation until April
3 19, 2010, pursuant to 18 U.S.C. § 1361(h)(7)(A) & (B)(iv), Local code
4 T-4, for defense preparation.
5    **IT IS SO STIPULATED.**

7 Dated: March 5, 2010                /S/ Todd Leras
                                      TODD LERAS
8                                     Assistant U.S. Attorney
                                      Counsel for Plaintiff

10 Dated: March 5, 2010               /S/ Jeffrey L. Staniels
                                      JEFFREY L. STANIELS
11                                    Assistant Federal Defender
                                      Attorney for Defendant
12                                    ALEJANDRO GARCIA

**O R D E R**

IT IS SO ORDERED.

        By the Court,

Dated:  March 8, 2010

                    WILLIAM B. SHUBB
                    UNITED STATES DISTRICT JUDGE