DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ALEJANDRO GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:09-cr-0295 WBS |
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] ORDER |
| v. | ) VACATING DATE, CONTINUING CASE |
| | ) AND EXCLUDING TIME |
| ALEJANDRO GARCIA, | ) |
| Defendant. | ) Date: April 19, 2010 |
| | ) Time: 8:30 a.m. |
| _____ | ) Judge: Hon. William B. Shubb |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Todd Leras, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant, that the status conference scheduled for April 19, 2010, be vacated and the case continued until May 17, 2010, at 8:30 a.m. for further status conference. This continuance is sought to permit counsel for the parties to further discuss terms of an expected plea agreement. Completion of these discussions has been slowed by counsel's schedules and by certain complicating aspects of the case.  Once a proposal is received further consultation with Mr. Garcia about this case will be

needed.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded from the filing of this stipulation until May 17, 2010, pursuant to 18 U.S.C. § 1361(h)(7)(A) & (B)(iv), Local code T-4, for defense preparation.

**IT IS SO STIPULATED.**

Dated: April 16, 2010        /S/ Todd Leras
                             TODD LERAS
                             Assistant U.S. Attorney
                             Counsel for Plaintiff

Dated: April 16, 2010        /S/ Jeffrey L. Staniels
                             JEFFREY L. STANIELS
                             Assistant Federal Defender
                             Attorney for Defendant
                             ALEJANDRO GARCIA

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: April 20, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE