```
DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
ALEJANDRO GARCIA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>   )<br>        Plaintiff,   )<br>   )<br>   v.   )<br>   )<br>   )<br>ALEJANDRO GARCIA,   )<br>   )<br>        Defendant.   )<br>   )<br>_____   ) | No. 2:09-cr-0295 WBS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER VACATING DATE, CONTINUING CASE AND EXCLUDING TIME<br><br>Date:  May 17, 2010<br>Time:  8:30 a.m.<br>Judge: Hon. William B. Shubb |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Todd Leras, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant, that the status conference scheduled for May 17, 2010, be vacated and the case continued until July 12, 2010, at 8:30 a.m. for further status conference. This continuance is sought to permit counsel for the parties to further discuss terms of an expected case resolution. Completion of these discussions has been hampered by counsel's schedules and by certain complicating aspects of the case.  A proposal from the government has just been received, but consultation with Mr.

1  Garcia about this case will be needed.

2  **IT IS FURTHER STIPULATED** that time for trial under the Speedy
3  Trial Act be excluded from the filing of this stipulation until July
4  12, 2010, pursuant to 18 U.S.C. § 1361(h)(7)(A) & (B)(iv), Local code
5  T-4, for defense preparation.

6  **IT IS SO STIPULATED.**

7

8  Dated: May 14, 2010                /S/ Todd Leras
                                      TODD LERAS
9                                     Assistant U.S. Attorney
                                      Counsel for Plaintiff
10

11 Dated: May 14, 2010                /S/ Jeffrey L. Staniels
                                      JEFFREY L. STANIELS
12                                    Assistant Federal Defender
                                      Attorney for Defendant
13                                    ALEJANDRO GARCIA

14

15
                              **O R D E R**
16
     **IT IS SO ORDERED.**
17
                    By the Court,
18

19
Dated:  May 14, 2010
20
                    _____
21                  WILLIAM B. SHUBB
22                  UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28