```
BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2918
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR. S-09-295 WBS |
| Plaintiff, ) | |
| ) | STIPULATION AND [~~PROPOSED~~] |
| ) | ORDER CONTINUING STATUS |
| v. ) | CONFERENCE |
| ) | |
| ALEJANDRO GARCIA, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between Plaintiff United States of America and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant Alejandro Garcia, that the status conference scheduled for July 12, 2010, be vacated and continued for further status conference on August 2, 2010, at 8:30 a.m.

The request to continue the status conference is made on the ground that additional time is needed for defense counsel to review a revised Plea Agreement proposed by the government.  The government and defendant agree that an exclusion of time is

Stipulation and Order
Continuing Status Conference      1

1  appropriate under 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4
2  (reasonable time to prepare).  This exclusion of time includes
3  the period from July 12, 2010, up to and including August 2,
4  2010.
5      Assistant Federal Defender Jeffrey L. Staniels has
6  authorized Assistant United States Attorney Todd D. Leras to sign
7  this stipulation on his behalf.

DATED: July 9, 2010         By: /s/ Todd D. Leras
                                 TODD D. LERAS
                                 Assistant U.S. Attorney

DATED: July 9, 2019         By: /s/ Todd D. Leras for
                                 JEFFREY L. STANIELS
                                 Attorney for Defendant
                                 ALEJANDRO GARCIA

Stipulation and Order
Continuing Status Conference    2

**IT IS HEREBY ORDERED**:

1. The status conference set for July 12, 2010, is continued to August 2, 2010, at 8:30 a.m.

2. Based on the stipulations and representations, the Court finds that the ends of justice outweigh the best interest of the public and Defendants in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare) from July 12, 2010, up to and including August 2, 2010.

IT IS SO ORDERED

DATED:  July 12, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation and Order
Continuing Status Conference