1 DANIEL J. BRODERICK, #89424
  Federal Defender
2 JEFFREY L. STANIELS, Bar #91413
  Assistant Federal Defender
3 Designated Counsel for Service
  801 I Street, 3rd Floor
4 Sacramento, California 95814
  Telephone: (916) 498-5700

5

6 Attorney for Defendant
  ALEJANDRO GARCIA

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        ) No. 2:09-cr-0295 WBS
                                    )
12               Plaintiff,         )
                                    ) STIPULATION AND [~~PROPOSED~~] ORDER
13      v.                          ) VACATING DATE, CONTINUING CASE
                                    ) AND EXCLUDING TIME
14 ALEJANDRO GARCIA,                )
                                    )
15               Defendant.         ) Date:  August 2, 2010
                                    ) Time:  8:30 a.m.
16 _____  ) Judge: Hon. William B. Shubb

17

18      **IT IS HEREBY STIPULATED** by and between Assistant United States

19 Attorney Todd Leras, Counsel for Plaintiff, and Assistant Federal

20 Defender Jeffrey L. Staniels, Counsel for Defendant, that the status

21 conference scheduled for August 2, 2010, be vacated and the case

22 continued until August 30, 2010, at 8:30 a.m. for further status

23 conference. This continuance is sought to permit counsel for the

24 parties to further discuss terms of an expected case resolution.  A

25 proposal from the government has been received, but further discussion

26 between counsel and consultation with Mr. Garcia about this case will

27 be needed.  A visit to Mr. Garcia this morning is impossible because of

28 a power failure at the jail.

1    **IT IS FURTHER STIPULATED** that time for trial under the Speedy

2  Trial Act be excluded from the filing of this stipulation until August

3  30, 2010, pursuant to 18 U.S.C. § 1361(h)(7)(A) & (B)(iv), Local code

4  T-4, for defense preparation.

5    **IT IS SO STIPULATED.**

6

7  Dated: July 30, 2010               /S/ Todd Leras
                                      TODD LERAS
8                                     Assistant U.S. Attorney
                                      Counsel for Plaintiff
9

10 Dated: July 30, 2010               /S/ Jeffrey L. Staniels
                                      JEFFREY L. STANIELS
11                                    Assistant Federal Defender
                                      Attorney for Defendant
12                                    ALEJANDRO GARCIA

13

14
                                **O R D E R**
15
       **IT IS SO ORDERED.**
16
                        By the Court,
17

18
   Dated:  July 30, 2010
19

20  _____
    WILLIAM B. SHUBB
21  UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28