DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ALEJANDRO GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ALEJANDRO GARCIA,<br><br>  Defendant. | No. 2:09-cr-0295 WBS<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE AND EXCLUDING TIME<br><br>Date:  August 30, 2010<br>Time:  8:30 a.m.<br>Judge: Hon. William B. Shubb |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Todd Leras, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant, that the status conference scheduled for August 30, 2010, be vacated and the case continued until September 13, 2010, at 8:30 a.m. for further status conference. This continuance is sought to permit counsel for the parties to further discuss terms of an expected case resolution.  A revised proposal from the government has been received since our last requested continuance, but further discussion between counsel regarding a counter proposal followed by consultation with Mr. Garcia will be needed.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded from the filing of this stipulation until September 13, 2010, pursuant to 18 U.S.C. § 1361(h)(7)(A) & (B)(iv), Local code T-4, for defense preparation.

**IT IS SO STIPULATED**.

Dated: August 27, 2010        /S/ Todd Leras
                              TODD LERAS
                              Assistant U.S. Attorney
                              Counsel for Plaintiff

Dated: August 27, 2010        /S/ Jeffrey L. Staniels
                              JEFFREY L. STANIELS
                              Assistant Federal Defender
                              Attorney for Defendant
                              ALEJANDRO GARCIA

**O R D E R**

**IT IS SO ORDERED.**

　　　　　　By the Court,

Dated:  August 27, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE