```
DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
ALEJANDRO GARCIA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:09-cr-0295 WBS |
| Plaintiff, ) | |
| ) | STIPULATION AND [~~PROPOSED~~] ORDER |
| v. ) | VACATING DATE, CONTINUING CASE |
| ) | AND EXCLUDING TIME |
| ALEJANDRO GARCIA, ) | |
| ) | |
| Defendant. ) | Date:  October 4, 2010 |
| ) | Time:  8:30 a.m. |
| _____ ) | Judge: Hon. William B. Shubb |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Todd Leras, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant, that the status conference scheduled for October 4, 2010, be vacated and the case continued until October 18, 2010, at 8:30 a.m. for further status conference. This continuance is sought to permit counsel for the parties to further discuss terms of an expected case resolution.  Since the last continuance counsels' respective court schedules have prevented anything more than cursory discussion of the latest proposal submitted on behalf of Mr. Garcia.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy

Trial Act be excluded from the filing of this stipulation until October 18, 2010, pursuant to 18 U.S.C. § 1361(h)(7)(A) & (B)(iv), Local code T-4, for defense preparation.

**IT IS SO STIPULATED.**

Dated: October 1, 2010          /S/ Todd Leras
                                TODD LERAS
                                Assistant U.S. Attorney
                                Counsel for Plaintiff

Dated: October 1, 2010          /S/ Jeffrey L. Staniels
                                JEFFREY L. STANIELS
                                Assistant Federal Defender
                                Attorney for Defendant
                                ALEJANDRO GARCIA

**O R D E R**

**IT IS SO ORDERED.**

                By the Court,

Dated:  October 1, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE