```
DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ALEJANDRO GARCIA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:09-cr-0295 WBS |
| Plaintiff, | |
| v. | STIPULATION AND [~~PROPOSED~~] ORDER VACATING DATE AND CONTINUING CASE |
| ALEJANDRO GARCIA, | |
| Defendant. | Date: March 7, 2011<br>Time: 8:30 a.m.<br>Judge: Hon. William B. Shubb |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Todd Leras, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant, that the date for judgment and sentencing scheduled for March 7, 2011, be vacated and the case continued until April 11, 2011, at 8:30 a.m. for judgment and sentencing. This continuance is sought to permit counsel for the parties to object to findings in the presentence report and to confer with respect to their respective positions in light of differences between the terms of the plea agreement and recommended findings in the presentence report.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy

Trial Act is not implicated by this post-conviction, pre-sentencing request.

**IT IS SO STIPULATED.**

Dated: March 4, 2011              /S/ Todd Leras
                                  TODD LERAS
                                  Assistant U.S. Attorney
                                  Counsel for Plaintiff

Dated: March 4, 2011              /S/ Jeffrey L. Staniels
                                  JEFFREY L. STANIELS
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  ALEJANDRO GARCIA

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated:  March 4, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE